Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  18−27859−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paul J. Roysdon Sr.
   aka Paul James Roysdon
   124 Elmer Street
   Franklinville, NJ 08322

Social Security No.:
   xxx−xx−7026

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/9/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 9, 2019
JAN: bc

                                Jeanne Naughton
                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-27859-ABA
Paul J. Roysdon, Sr.                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2                  Date Rcvd: Sep 09, 2019
                              Form ID: 148             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2019.
```
db             +Paul J. Roysdon, Sr.,    124 Elmer Street,    Franklinville, NJ 08322-3903
aty            +Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway,    Suite 302,
                 Roseland, NJ 07068-1640
517758583      +Brett Roysdon,    124 Elmer St,    Franklinville, New Jersey 08322-3903
517742631      +Brooke A. Bonett, Esq.,    Law Offices of Cindy L. Thompson,
                 10,000 Lincoln Drive East - Suite 300,    Marlton, New Jersey 08053-3105
517742634      +CBNA/Best Buy,    POB 790441,    St. Louis, Missouri 63179-0441
517742632       Capital Bank/Kohl's,    POB 2983,    Milwaukee, Wisconsin 53201-2983
517742637      +DePalma Realty LLC,    111 North High St.,    Millville, NJ 08332-3831
517742638      +Financial Recoveries,    P. O. Box 1388,    Mt. Laurel, NJ 08054-7388
517742639       Government Employees Insurance Co.,    5260 Western Ave.,    Chevy Chase, MD 20815-3701
517742640      +Jefferson Health New Jersey,    400 Laurel Oak Road,    Voorhees, NJ 08043-4455
517742641      +Law Office of Borbi, Clancy & Patrizi,    999 Route 73 North - Suite 103,
                 Marlton, New Jersey 08053-1227
517742642      +Law Office of Cindy L. Thompson,    10,000 Lincoln Drive East, Ste. 300,
                 Marlton, NJ 08053-3105
517742643      +Law Offices of Thomas and Cook,    P. O. Box 598,    Woodbury, NJ 08096-7598
517742644      +Nicholas Giunta (179 Devon Drive, West D,    179 Devon Drive,
                 West Deptford, New Jersey 08096-5032
518299457       Selene Finance LP,    Rob Saltzman, Esquire,    PLUESE, BECKER & SALTZMAN, LLC,
                 20000 Horizon Way, Suite 900,    Mt. Laurel, NJ 08054-4318
517753948      +Selene Finance, LP,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
517742646      +Stern Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway - Suite 302,
                 Roseland, New Jersey 07068-1640
517842255      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
518261975      +Toyota Motor Credit Corporation,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517862545       UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON, WI 53708-8973
517742650      +US Department of Education/Great Lakes,    2401 International Lane,
                 Madison, Wisconsin 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2019 00:07:51     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2019 00:07:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm              E-mail/Text: bkteam@selenefinance.com Sep 10 2019 00:06:50      Selene Finance LP,
                 P.O. Box 422039,    Houston, TX  77242-4239
517824156       EDI: CAPITALONE.COM Sep 10 2019 03:23:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517742633       EDI: CAPITALONE.COM Sep 10 2019 03:23:00      Capital One Bank (USA), N.A.,    POB 71083,
                 Charlotte, North Carolina 28272-1083
517742635      +EDI: CHASE.COM Sep 10 2019 03:23:00      Chase Card,    POB 15298,
                 Wilmington, Delaware 19850-5298
517742636       EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenity Capital Bank/Toyota,
                 ATTN: Bankruptcy Department,    P. O. Box 183043,    Columbus, Ohio 43218-3043
517857194       EDI: Q3G.COM Sep 10 2019 03:23:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
517871199      +E-mail/Text: bkteam@selenefinance.com Sep 10 2019 00:06:50      SELENE FINANCE LP,
                 9990 Richmond Ave. Suite 400 South,    Houston, TX 77042-4546
517742645      +E-mail/Text: bkteam@selenefinance.com Sep 10 2019 00:06:50      Selene Finance,
                 Attn: Loan Resolution Department,    P. O. Box 422039,    Huston, Texas 77242-4239
517742647       EDI: TDBANKNORTH.COM Sep 10 2019 03:23:00      TD Bank,    POB 1377,
                 Lewistown, Maine 04243-1377
517742648       EDI: TFSR.COM Sep 10 2019 03:23:00      Toyota Financial Services,    P. O. Box 8026,
                 Cedar Rapids, IA 52409-8026
517742649       EDI: TFSR.COM Sep 10 2019 03:23:00      Toyota Financial Services,    POB 9490,
                 Cedar Rapids, Iowa 52409-9490
                                                                                              TOTAL: 13
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*             SELENE FINANCE LP,    9990 Richmond Ave.,,    Suite 400,    South Houston, TX  77042-4546
cr*            +Selene Finance, LP,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Ste 100,
                 Boca Raton, FL 33487-2853
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 09, 2019
                              Form ID: 148             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    Selene Finance, LP hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    SELENE FINANCE LP dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Victor  Druziako    on behalf of Debtor Paul J. Roysdon, Sr. bkdruziako@aol.com
                                                                                           TOTAL: 8
```